1:20-CV-1813

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
APR 27 2020
JAMES N. HATTEN, Clerk
By: /s/ Deputy Clerk  22-2020

Dear Sir

My name is Saleeban a.k.a. Saleevan adan
#1000459372
Sir I'm currently housed locked up at Hight Max Prison at in at Georgia Diagnostic & Classification Prison. 2978 Hwy 36 west prisoner blvd P.O. Box 3877 Jackson, GA. 30233
Sir who said my Dekalb county superior court Habeas Corpus was dismissed
Sir they did not dismissed me my Habeas Corpus... but I was not dismissed my Habeas Corpus from Tatnal county superior court. Sir please ask Judge Glen Cheney from Tatnal county superior court was pending because I had court days in 2018. They transferd me to Jackson, Georgia to Butts county superior court but I had interperter without lawyer coming in court. the interperter was undercover man and he killed american military and I believe the interterperter he was crazy man because he is like me he don't have mind and he told the Judge more than 20 times. The interterperter man he say he didnot understanding yet →

and so judge could you repeat me and say again and the judge He gets mad at him. and the Judge He talk to a white assistance attorney man.

Please sir your honor Judge I want you to discuss about my habeas corpus and and ask what happening to them. my cases.

Please write letter sending to the Tatnal county Superior Court
   P.O. Box 39
   Reidsville Georgia. 30053

and Plus ask to speak Judge Glen Cheney. Judge of tatnal county Superior court.

I want go back to over there because that the court was right to me I thank you very much

and I love you more than my life. and your my life. Sir your honor Judge I feel another women she is the legal mail and she say I can ask another inmate about the stamps
           sincerely
           Palcebon aden

Plus why the Southern center for humans Rights.

PRIVILEGED & CONFIDENTIAL ATTORNEY WORK PRODUCT

# COVID-19 QUESTIONNAIRE

*Please fill out this form to the best of your ability. You may skip any questions that are not relevant to you. You may also include additional pages if needed. The information you provide is confidential and protected by the attorney/client privilege. The Southern Center for Human Rights will not disclose any information listed below without your authorization.*

Name: _____ GDC ID (if applicable): _____

Prison: _____ Today's Date: _____

Age: _____ Sentence (if applicable): _____

## Cell Sanitation

Are you given cleaning products to clean your cell? If yes, what products, how do you acquire them (i.e. issued by the prison, from store, etc.), and how often do you receive them?

_____

_____

Has your access to cleaning products changed since March 16, 2020? If so, please describe:

_____

_____

## Personal Hygiene

Have you received a face mask? If so, when? _____

Do you have access to personal hygiene products (soap, toilet paper, pads, etc.)? Are these items provided by the prison or are you required to purchase them? Please describe:

_____

_____

Are you provided opportunities to wash your hands with soap throughout the day? If not, are you provided other ways of washing your hands (such as hand sanitizer) when soap and water are unavailable? If yes, how do you access it?

_____

_____

Are you being provided regular access to showers and laundry? Please describe: _____

_____

*The Southern Center for Human Rights thoroughly reviews every letter we receive. While we may not be able to respond to every letter, the information you provide will help us better understand the situation on the ground in order to focus our future advocacy and litigation efforts.*

PRIVILEGED & CONFIDENTIAL ATTORNEY WORK PRODUCT

Has your access to soap, hand sanitizer, hygiene products, showers, or laundry changed since March 16, 2020? Please describe: _____

_____

**Medical Access**
If you were admitted to a prison in March 2020, or transferred from one facility to another in March 2020, were you given a medical screening? Do you know whether you were screened for COVID-19 upon entry? Please describe:

_____

_____

Are you older than 65, or do you have pre-existing health conditions? If so, do you think you are at higher risk of infection or complications from the virus? Please explain:

_____

_____

Have you had a fever, a cough, or breathing trouble recently? If yes, what symptoms did you experience and when did they begin? _____

_____

If you experienced these symptoms, did you put in a sick call request? If yes, when?

_____

_____

Have you seen a medical provider about these symptoms? If yes, what treatment did you receive? Please describe:

_____

_____

Did medical staff take your temperature, or were temperature checks conducted in housing areas? If so, what kind of thermometer did they use (oral, no-touch, etc.)? If a traditional oral thermometer was used, were proper precautions taken to prevent cross-contamination (changing gloves and protective sleeves between each person)?

_____

_____

*The Southern Center for Human Rights thoroughly reviews every letter we receive. While we may not be able to respond to every letter, the information you provide will help us better understand the situation on the ground in order to focus our future advocacy and litigation efforts.*

PRIVILEGED & CONFIDENTIAL ATTORNEY WORK PRODUCT

If you experienced symptoms of COVID-19 since March 2020, did you report them? When you reported your symptoms to prison staff, what happened? Were any measures taken to separate or quarantine you? Please explain: _____

_____

Have you requested a COVID-19 test? If yes, when? What was the response?

_____

_____

Have you been charged for sick calls related to COVID-19 or flu symptoms? If so, when? Did you appeal the charges? Please explain:_____

_____

**Exposure/Possible Exposure**
Do you believe you have been exposed to COVID-19? Please explain: _____

_____

Have you tested positive for COVID-19? If yes, when and where were you diagnosed? _____

_____

Where were you when you tested positive (in prison medical, in a free world hospital, etc.)? Were you re-located to a new place when you tested positive? If so, please describe:

_____

_____

Please describe any medical treatments you have received related to COVID-19: _____

_____

Are you aware of any staff or inmates who have been diagnosed with COVID-19 or identified as possibly having COVID-19? Please provide as much information as possible: _____

_____

_____

**Communication**
Have you been able to make phone calls since March 14, 2020? _____

*The Southern Center for Human Rights thoroughly reviews every letter we receive. While we may not be able to respond to every letter, the information you provide will help us better understand the situation on the ground in order to focus our future advocacy and litigation efforts.*

PRIVILEGED & CONFIDENTIAL ATTORNEY WORK PRODUCT

If incarcerated at a GDC facility, have you received one free phone call per week since March 14, 2020?  Please explain: _____

_____

If incarcerated at a GDC facility, have you received two free e-stamps per week beginning on March 17, 2020? Please explain: _____

_____

Have you been able to communicate with loved ones using JPay since March 14, 2020? _____

_____

Have you been able to send and receive mail since March 16, 2020? Please describe: _____

_____

**Congregate Activities**
Has the frequency with which shared spaces (kitchens, dining areas, recreation areas, showers, etc.) are cleaned increased since March 16, 2020?  Please describe: _____

_____

If you have a work detail, has your work been restricted since March 16, 2020?  Have any additional precautions been taken to limit exposure (i.e. use of masks and gloves, increased access to cleaning products, increased access to handwashing or sanitizer)?  Please describe:_____

_____

Are group activities still taking place inside the prison?  Please describe: _____

_____

_____

Has the process for taking people to the yard, showers, or meals changed since March 16, 2020 (i.e. changes in the number of people taken at once, frequency of trips, etc.)?  Please describe:

_____

_____

**Legal Access**
Have you been able to communicate with your attorney since March 16, 2020?  (Do not tell us the substance of any of your communications.)  If yes, how have you communicated with them

4

*The Southern Center for Human Rights thoroughly reviews every letter we receive. While we may not be able to respond to every letter, the information you provide will help us better understand the situation on the ground in order to focus our future advocacy and litigation efforts.*

PRIVILEGED & CONFIDENTIAL ATTORNEY WORK PRODUCT

(i.e. mail, JPay, legal calls, visits)? We are not asking about the contents of your communications, but about whether you have had the *ability* to communicate with your lawyer.

Are you able to access the law library? Please describe any limitations or changes to your access:

**Other**

Has movement inside the prison been restricted in any way since March 2020? If yes, how (i.e. entire dorm or facility on lockdown; restrictions on certain people or groups of people)?

Has your ability to file grievances changed at all since March 2020? If yes, please describe:

Have you filed a grievance related in any way to COVID-19? If so, when? Please describe what the grievance said and what response, if any, you received:

Have you been given any information from the prison about COVID-19 (including information about precautionary measures, what policies the prison has adopted in response, etc.)? If so, when did you receive this information and how was it communicated to you? Please describe:

Is there anything else related to COVID-19 that you are concerned about that was not asked?

5

*The Southern Center for Human Rights thoroughly reviews every letter we receive. While we may not be able to respond to every letter, the information you provide will help us better understand the situation on the ground in order to focus our future advocacy and litigation efforts.*